ORIGINAL

JOSEPH P. RUSSONIELLO (44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (100374)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile:  415.436.6748
Email: susan.b.gray@usdoj.gov

E-filing

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   CV 08 No. 1305 JCS
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )   COMPLAINT FOR FORFEITURE
                                         )
APPROXIMATELY $72,000 IN UNITED          )
STATES CURRENCY,                         )
                                         )
        Defendant.                       )
_____)

NATURE OF THE ACTION

1.   This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6), involving the seizure of defendant Approximately $72,000 in United States Currency ("defendant $72,000") which was seized as money furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation Subchapter I, Chapter 13 of Title 21 United States Code.

JURISDICTION AND VENUE

2.   This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C.

1 § 881(a)(6).

2     3.    This action is timely filed in accordance with 18 U.S.C. § 983(a)(3)(A).

3     4.    Venue in this Court is proper because defendant $72,000 was seized in the Northern District of California.  28 U.S.C. §§ 1355(b) and 1395.

5     5.    Intra-district venue is proper in the Oakland Division within the Northern District of California.

## PARTIES

6.    Plaintiff is the United States of America.

7.    Defendant is Approximately $72,000 in United States Currency.

## FACTS

8.    On October 16, 2007, San Francisco Postal Inspectors seized $72,000 in United States Currency from Express Mail package EB 406580511 US (hereinafter "Express Mail package") which was opened pursuant to written consent from Earl Kennedy, Jr., (hereinafter "Kennedy") the intended recipient.

9.    Kennedy had previously been identified as a frequent recipient of Express Mail packages from Baton Rouge, Louisiana, sent initially to 267 Sextus Road, Oakland, California, 94603 and later to P.O. Box 27215, Oakland, California, 94542.  Due to the unusual number of Express Mail packages being received at P.O. Box 27215, a mail watch had been placed on the Post Office box on September 26, 2007, by United States Postal Inspector Megan Bradley (hereinafter "Inspector Bradley").

10.    On October 13, 2007, Inspector Bradley was notified that an eighteen pound Express Mail package addressed to Kennedy, at P.O. Box 27215, Oakland, California, 94602 was being held at the United States Post Office at 2226 MacArthur Boulevard, Oakland, California.  The return address on the package was Robert Porter, 2901 Jefferson Highway #522, Baton Rouge, Louisiana, 70816.

11.    Inspector Bradley reviewed Postal Service Form 1093 which was used to open P.O. Box 27215 and determined that it had been completed by Kennedy on October 6, 2005, using California Driver's License #B9646774 as identification and listing 898 Davis, #202, San

Complaint for Forfeiture
No. 08-                             2

1  Leandro, California, 94577 as his home address on the application. According to the mail carrier
2  for that address, Kennedy had moved from the Davis Street address two years ago.
3      12.    On October 15, 2007, a certified narcotics detection canine, Xena, alerted to the
4  Express Mail package.
5      13.    On October 16, 2007, Inspector Bradley attempted to reach Kennedy using the
6  phone number listed on the Express mail package, (510) 393-5969. She left two messages for
7  Kennedy stating that she was from the Post Office and was holding his Express Mail package.
8  She did not receive a return phone call.
9      14.    After approximately one hour and twenty minutes, Inspector Bradley called the
10 telephone number listed for the sender, Robert Porter (225) 266-0772. A male answered and
11 identified himself as "Robert". Inspector Bradley told him that she was trying to get in touch
12 with Kennedy regarding his Express Mail package. Robert said he would call Kennedy and have
13 him come to the Post Office to pick up the package.
14     15.    Approximately five minutes later, Inspector Bradley received a telephone call
15 from Kennedy who told her he was coming to the Post Office to pick up his package that had
16 been "missent." Inspector Bradley told Kennedy to ask for "Megan" when he arrived at the Post
17 Office.
18     16.    Inspector Bradley waited to the side of the retail counter inside the Post Office.
19 She observed an African-American male, who resembled the California Driver's License picture
20 for Earl Kennedy, Jr., approach the counter. As he approached the counter, Kennedy asked
21 Inspector Bradley if she was "Megan". Inspector Bradley identified herself, showed her
22 credentials and explained that she was a Postal Inspector.
23     17.    Kennedy told Inspector Bradley that he was not expecting a package. He
24 provided written consent for the Express Mail package to be opened. The Express Mail package
25 contained a VCR and two small DVD players. Kennedy said that his cousin, David, sometimes
26 send him equipment for their film making business, but he did not know a Robert Porter who
27 was listed as the sender on the Express Mail package. When questioned further about the film
28 business, Kennedy said he does not advertise or have a website. He stated that he is known on

Complaint for Forfeiture
No. 08-                                         3

the streets and people just know where to find him when they want one of his movies.

18. Further examination of the equipment revealed four vacuum sealed packages of money secreted into the shells of the VCR and DVD players. When questioned about the money, Kennedy stated he knew nothing about it and the Postal Inspectors could take it. Kennedy provided a written disclaimer for the package.

19. Kennedy stated he lives with his girlfriend, Jasmine, in San Leandro, but he was not sure of her actual address. Inspector Bradley later discovered that a Jasmine Wilson, at 26970 Hayward Boulevard, #509, Hayward, California, 94542, had received an Express Mail package from Robert Porter on June 8, 2007. She had received Express Mail packages from Robert Porter on March 19, 2007, and May 17, 2007 at P.O. Box 55521, Hayward, California, 94542. She also had received two other Express Mail packages from Baton Rouge, Louisiana on May 21, 2007 and July 11, 2007.

20. Immediately after Kennedy left, Inspector Bradley called Robert Porter and told him that Kennedy had denied knowing Robert Porter and that Kennedy had said he was not expecting a package. Porter asked if she had spoken with the "real Earl Kennedy". Inspector Bradley replied that she had seen Kennedy's drivers's license and she had spoken with the "real Earl Kennedy." Porter stated that he had notified Kennedy that this particular package was in the mail. Porter also said that he had just spoken to Kennedy to tell him that the package was at the Post Office. When asked about the contents of the package, Porter described a VCR and two DVD players; he did not mention money. Porter was agitated and asked that the package be returned to him. When Inspector Bradley asked Porter if there was any reason a narcotics canine would alert to the package, Porter immediately hung up the phone.

21. On October 19, 2007, Inspector Bradley received a call from Robert Porter who asked about his money. Inspector Bradley had never told Porter that money was found in the Express Mail Package sent to Kennedy. Later that same day, Kennedy returned to the Post Office and stated he had changed his mind and wanted his parcel back.

22. The denominations of the defendant $72,000 were: 137 x $100 dollar bills; 5 x $50 dollar bills; 2,791 x $20 dollar bills; 223 x $10 dollar bills. The packaging and

Complaint for Forfeiture
No. 08-                                          4

1  denominations of defendant $72,000 are consistent with those used for, or from, the sale of
2  illegal controlled substances. When Inspector Bradley opened the vacuumed sealed bags, a
3  strong ordor of men's cologne emitted from the bags. Based upon her training and experience
4  Inspector Bradley knew that narcotics traffickers often try throw off a narcotics canine by using
5  cologne or another odor masking agent.
6       23.    During the course of her investigation Inspector Bradley discovered that Kennedy
7  had been convicted in 2003 of a violation of California Health and Safety Code §11357(A)
8  Possession of Concentrated Cannabis in Oakland, California. Robert Porter had been convicted
9  in 2000 in Oakland, California of a violation of California Health and Safety Code § 11360(A),
10 Sell/Furnish/Marijuana/Hash.
11      24.    Due to the totality of the circumstances, defendant $72,00 in United States
12 currency was seized as money furnished or intended to be furnished by a person in exchange for
13 a controlled substance, or traceable to such an exchange, or money used or intended to be used to
14 facilitate a violation of Subchapter I, Chapter 13 of Title 21 United States Code.
15                                    VIOLATION
16      25.    The United States incorporates by reference the allegations in paragraphs one
17 through twenty-four as though fully set forth.
18      26.    Section 881(a)(6) of Title 21 of the United States Code, provides for the
19 forfeiture of all money furnished or intended to be furnished by any person in exchange for a
20 controlled substance or listed chemical in violation of Subchapter I, Chapter 13 of Title 21
21 United States Code, all proceeds traceable to such an exchange and all money used or intended
22 to be used to facilitate any violation of Subchapter I, Chapter 13 of Title 21 United States Code.
23      27.    In light of the foregoing, defendant $72,000 in United States Currency is subject
24 to judicial forfeiture.
25                                    *  *  *  *  *
26      WHEREFORE, plaintiff United States of America requests that due process issue to
27 enforce the forfeiture of defendant $72,000; that notice be given to all interested parties to appear
28 and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that

Complaint for Forfeiture
No. 08-                                5

1  the Court enter judgment forfeiting defendant $72,000; and that the United States be awarded
2  such other relief as may be proper and just.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 4, 2008

_____
STEPHANIE M. HINDS
Assistant United States Attorney

Assigned to: AUSA Gray

Complaint for Forfeiture
No. 08-                                        6

## VERIFICATION

I, Megan Bradley, state as follows:

1. I am a Postal Inspector with the United States Postal Inspection, and I am the case agent for the seizure of approximately $72,000. As such, I am familiar with the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint and believe the allegations contained in it to be true.

\* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2008, in San Francisco, California.

*Megan Bradley*
MEGAN BRADLEY
Postal Inspector
United States Postal Inspection Service

Complaint for Forfeiture
No. 08-                                9

◆JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

JCS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
APPROXIMATELY $72,000 IN UNITED STATES CURRENCY

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
AUSA Susan B. Gray
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
415-436-7324

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☒ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 21, UNITED STATES CODE, SECTION 881 (a)(6)
Brief description of cause:
Drug Related Forfeiture

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/4/08
SIGNATURE OF ATTORNEY OF RECORD
*[signature: Susan B. Gray]*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____