**ORIGINAL**

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 9th floor    **E-filing**
San Francisco, CA 94102
Telephone: 415.436.7324

7 | Facsimile:  415.436.6748
Email: susan.b.gray@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

**CV 08          1305**

12 | UNITED STATES OF AMERICA,          )
13 |                                   )          No. 08-          **JCS**
                   Plaintiff,          )

14 |                                   )
         v.                            )          NOTICE OF FORFEITURE ACTION
15 |                                   )
16 | APPROXIMATELY $72,000 IN UNITED    )
STATES CURRENCY,                       )
17 |                                   )
                   Defendant.          )
18 |                                   )

19 |         A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on

20 | March 6, 2008, in the United States District Court for the Northern District of California by the

21 | United States of America, plaintiff, against the *in rem* defendant currency.

22 |         In order to contest forfeiture of the *in rem* defendant currency, any person who asserts an

23 | interest in or right against the property, must file a verified statement identifying the interest or

24 | right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the

25 | Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days

26 | after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1]

27 | Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule

28

---

[1]Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as
newspaper publication of judicial forfeiture notices will be discontinued in the near future.

1  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

2       An agent, bailee or attorney must state the authority to file a statement of interest or right

3  against the property on behalf of another.

4       Statements of interest and answers should be filed with the Office of the Clerk, United

5  States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor,

6  San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United

7  States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

8

9                                   Respectfully submitted,

10                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney

11

12  Dated: March 6, 2008

13                                  SUSAN B. GRAY
                                    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Forfeiture Action
C 08-                              2