```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:   415.436.6748
        Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          )<br>                    Plaintiff,  )<br>          )<br>              v.  )<br>          )<br>          )<br>APPROXIMATELY $72,000  IN UNITED  )<br>STATES CURRENCY,  )<br>          )<br>                    Defendant.  )<br>_____ ) | No. CV 08-1305 JCS<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Notice of Forfeiture Action;

3. Warrant of Arrest of Property *In Rem;*

4. Standing Order;

5. US District Court Rules and Guidelines;

6. ADR Dispute Resolution Procedures in the Northern District of California;

7. ECF Registration Information Handout; and

8. Notice of Assignment of Case to Magistrate Judge

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Earl Kennedy Jr.
P.O. Box 27215
Oakland, CA 94602-0415

Earl Kennedy Jr.
898 Davis Street, Apt #202
San Leandro, CA 94577-1554

Earl Kennedy Jr.
26970 Hayward Blvd., Apt #509
Hayward, CA 94542-2074

Robert Porter
12901 Jefferson Hwy. #522
Baton Rouge, LA 70816-6322

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this   13th   day of March , 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　   /S/
                                                CAROLYN JUSAY
                                                Legal Assistant
                                                Asset Forfeiture Unit

Certificate of Service
C 08-1305 JCS                                                    2