IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States of America,**

        Plaintiff(s),

  v.

**Approximately $72,000.00 in United States Currency,**

        Defendant(s),

No. C 08-1305 JCS

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is re-set to **June 20, 2008** at **1:30 p.m.** before the Honorable Joseph C. Spero. A Case Management Conference statement is due by **June 13, 2008.** The previously set date of **June 13, 2008** at **1:30 p.m.** is hereby **VACATED**.

Please report to courtroom A , on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 30, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

APPROXIMATELY $72,000.00 in U.S. CURRENCY et al,

          Defendant.
_____/

Case Number: CV08-01305 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Joseph Stretch
U.S. Attorney's Office
Acting Chief, Criminal Division
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Joseph Pascal Russoniello
United States Attorney
450 Golden Gate Ave.
9th Floor
San Francisco, CA 94102

Dated: May 30, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk