1  JOSEPH P. RUSSONIELLO (44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163937)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-7324
7     Facsimile: (415) 436-6748
      email: susan.b.gray@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )   No. C 08-1305 JCS
                                     )
14              Plaintiff,           )   PROOF OF PUBLICATION
                                     )
15         v.                        )
                                     )
16 APPROXIMATELY $72,000 IN UNITED   )
   STATES CURRENCY                   )
17                                   )
                Defendant.           )
18 _____)

19      The United States hereby submits the attached Proof of Publication by The Inner City

20 Express newspaper.

21                              Respectfully submitted,

22                              JOSEPH P. RUSSONIELLO
                                United States Attorney
23

24 Dated: July 8, 2008           /s/ Susan B. Gray
25                              SUSAN B. GRAY
                                Assistant United States Attorney
26

27

28

**THE INTER-CITY EXPRESS**
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

OK #: 1354744

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,
v.
APPROXIMATELY $72,000 IN UNITED STATES CURRENCY, Defendant.

No. CV 08-1305 JCS
NOTICE OF FORFEITURE ACTION

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
County of ALAMEDA   ) ss

Notice Type:   USM - US MARSHAL S PUBLICATION

Ad Description: CV 08-1305 JCS, USA V. APPROX. $72,000 IN US CURRENCY

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

05/30/2008, 06/06/2008, 06/13/2008

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on March 6, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency.

In order to contest forfeiture of the in rem defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Dated: March 6, 2008
Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
SUSAN B. GRAY
Assistant United States Attorney
JOSEPH P. RUSSONIELLO
(CSBN 44332)
United States Attorney
BRIAN J. STRETCH
(CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY
(CSBN 100374)
Assistant United States Attorney
450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov
Attorneys for United States of America

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

5/30, 6/6, 6/13/08

OK-1354744#

Executed on: 06/13/2008
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

