JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th floor
   San Francisco, CA 94102
   Telephone: 415.436.7324
   Facsimile:  415.436.6748
   Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>                Plaintiff, </br> v. </br> APPROXIMATELY $72,000 IN UNITED STATES CURRENCY, </br>                Defendant. | No. CV 08-1305 JCS </br></br> DECLARATION OF PUBLICATION |

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 14, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

     Notice was also published in a newspaper of general circulation on May 30, June 6 and 13, 2008, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. Said published notice advised all third parties of their right to file a claim with the court no later than thirty (30) days after final publication, and an answer within twenty (20) days after filing the claim, as evidenced by Attachment 2.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 13th day of August, 2008.

                                    SUSAN B. GRAY
                                    Assistant United States Attorney

**Attachment 1**

Attachment 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## COURT CASE NUMBER: CV 08-1305 JCS; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$72,000.00 U.S. Currency (08-USP-000171), which was seized from Earl Kennedy on October 13, 2007 at USPS Mail Stream, Diamond Station, located in Oakland, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (March 14, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and copies of each served upon Assistant United States Attorney Susan B. Gray, 450 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Attachment 2**

# THE INTER-CITY EXPRESS
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4566
Telephone (510) 272-4747 / Fax (510) 465-1657

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
                         ) ss
County of ALAMEDA        )

Notice Type:   USM - US MARSHAL S PUBLICATION

Ad Description: CV 08-1305 JCS, USA V. APPROX. $72,000 IN US
                CURRENCY

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

05/30/2008, 06/06/2008, 06/13/2008

Executed on: 06/13/2008
At: Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

---

OK #: 1354744

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,
v.
APPROXIMATELY $72,000 IN UNITED STATES CURRENCY, Defendant.

No. CV 08-1305 JCS
NOTICE OF FORFEITURE ACTION

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on March 6, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency.

In order to contest forfeiture of the in rem defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of Interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Dated: March 6, 2008
Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
SUSAN B. GRAY
Assistant United States Attorney
JOSEPH P. RUSSONIELLO
(CSBN 44332)
United States Attorney
BRIAN J. STRETCH
(CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY
(CSBN 100374)
Assistant United States Attorney
450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov
Attorneys for United States of America

[1]Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

5/30, 6/6, 6/13/08                OK-1354744/

RECEIVED
UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA
08 JUN 17 PM 1:21

*A000000682571*