**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

August 18, 2008

RE:  CV 08-01305 JCS        USA-v- APPROXIMATELY &#036;72,000 U.S. CURRENCY

Default is entered as to defendant(s) on 8/18/08. All parties noticed via e-mail or U.S. mail.

                              RICHARD W. WIEKING, Clerk

*[signature]*

                              byAlfred Amistoso
                              Case Systems Administrator

NDC TR-4  Rev. 3/89