1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:   415.436.7234
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )
14                                    )       No. CV 08-1305 JCS
                         Plaintiff,   )
15                                    )
              v.                      )       CERTIFICATE OF SERVICE
16                                    )
                                      )
17 APPROXIMATELY $72,000  IN UNITED   )
   STATES CURRENCY,                   )
18                                    )
                         Defendant.   )
19 _____)

20      The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23         1.    Government Complaint for Forfeiture;

24         2.    Notice of Forfeiture Action;

25         3.    Warrant of Arrest of Property *In Rem;*

26         4.    Standing Order;

27         5.    US District Court Rules and Guidelines;

28         6.    ADR Dispute Resolution Procedures in the Northern District of California;

7. ECF Registration Information Handout;

8. Notice of Assignment of Case to Magistrate Judge;

9. United States Case Management Statement and Motion to Continue Case Management Conference and Order;

10. Request for the Clerk to Enter a Default;

11. Clerk's Entry of Default;

12. Declaration of Publication; and

13. United States Case Management Statement

to be served this date via certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Robert Porter
S.U. Box 13896
Baton Rouge, LA 70813

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  3rd  day of September , 2008, at San Francisco, California.

                                                        /S/
                                      CAROLYN JUSAY
                                      Legal Assistant
                                      Asset Forfeiture Unit