1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
3  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
4
   450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone: 415.436.6857
6  Facsimile:   415.436.6748
   Email: susan.b.gray@usdoj.gov
7
   Attorneys for United States of America
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA,        )
12                                  )    No. CV 08-1305 JCS
                 Plaintiff,         )
13                                  )    SUPPLEMENTAL CASE MANAGEMENT
            v.                      )    STATEMENT
14                                  )
   $72,000  IN UNITED STATES        )    CASE MANAGEMENT CONFERENCE
15 CURRENCY;                        )    9/12/08
                                    )    10:30 A.M.
16                                  )
                 Defendant.         )
17 _____)

18     The United States of America, through its undersigned counsel, respectfully reports that
19 government counsel was contacted by Robert Porter, by telephone on September 8, 2008.  He
20 requested that he be allowed to telephonically attend the Case Management Conference
21 scheduled for Friday, September 12, 2008.  Mr. Porter is in Baton Rouge, Louisiana and is
22 representing himself.  Counsel for the government has no objection to Mr. Porter's appearance by
23 telephone.   Ph. No. (225) 803-1765 for Mr. Porter.

24 Dated: 9/09/08                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
25                                            /S/
                                         SUSAN B. GRAY
26                                       Assistant United States Attorney

27 GOOD CAUSE APPEARING, it is hereby ordered that Robert Porter may
28 for the case management conference.   _____
                                         JOSEPH C. SPERO
                                         United States Magistrate Judge

*IT IS SO ORDERED* /s/ Judge Joseph C. Spero

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- SUPPLEMENTAL CASE MANAGEMENT STATEMENT

to be served this date via U.S. first mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| Earl Kennedy Jr.<br>P.O. Box 27215<br>Oakland, CA 94602-0415 | Earl Kennedy Jr.<br>898 Davis Street, Apt #202<br>San Leandro, CA 94577-1554 |
| Earl Kennedy Jr.<br>26970 Hayward Blvd., Apt #509<br>Hayward, CA 94542-2074 | Robert Porter<br>S.U. Box 13896<br>Baton Rouge, LA 70813 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of September, 2008, at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit